IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RANDOLPH REED, :

    Plaintiff, :

                                 Case No. 3:13cv00317

vs. :

                                 District Judge Walter Herbert Rice

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 24, 2014 (Doc. #14) is adopted in full;

2. The Commissioner's final non-disability decision is reversed;

3. Plaintiff Randolph Reed's applications for benefits, filed on March 7, 2007, are REMANDED to the Social Security Administration for payment of Disability Insurance Benefits and Supplemental Security Income consistent

with the Social Security Act and based on the alleged disability onset date of March 30, 2005; and,

4. The case is terminated on the docket of this Court.

*[signature]*

Walter Herbert Rice
United States District Judge