## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RANDOLPH REED, | : | Case No. 3:13-cv-317 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington |
| | : | |
| CAROLYN W. COLVIN, Commissioner | : | |
| of the Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

### DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of Chief

United States Magistrate Judge Sharon L. Ovington (Doc. #21), to whom this case was originally

referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the

time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby

**ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on July 13, 2016 (Doc. #21) is ADOPTED in full;

2. The Motion For Allowance Of Attorney Fees (Doc. #20) be GRANTED;

3. The Commissioner be directed to Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $15,000.00; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:  8-2-16

Walter H. Rice
United States District Judge